PROB 12C

## United States District Court
### for the District of Utah

## Petition and Order for Warrant for Offender Under Supervision

FILED
~~DISTRICT COURT~~
2015 FEB 19

DISTRICT OF UTAH  (M-15-0251-M)

BY: DEPUTY CLERK

Name of Offender: **Fructuoso Galvan Jimenez-Aleman**  Docket Number: **1:13-CR-00029-001-DN**

Name of Sentencing Judicial Officer:     **Honorable David Nuffer**
                                          **Chief U.S. District Judge**

Date of Original Sentence: **June 3, 2013**

Original Offense:  **Reentry of a Previously Removed Alien**
Original Sentence:  **15 Months Bureau of Prisons Custody/36 Months Supervised Release**

Type of Supervision: **Supervised Release**            Supervision Began: **May 9, 2014**

## PETITIONING THE COURT

[ X ]  To issue a warrant to be placed as a    In custody: USMS custody
       detainer and toll the supervision term  Southern District of Texas, McAllen Division

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**  On or about February 15, 2015, the defendant illegally reentered the United States, and was found in the Southern District of Texas, Starr County, Texas.

Evidence in support of this allegation is contained in documents obtained from the U.S. District Court, Southern District of Texas, McAllen Division, Case 7:15-po-01647.

I declare under penalty of perjury that the foregoing is true and correct

_____
Annie Carr, U.S. Probation Officer
Date: February 18, 2015

## THE COURT ORDERS:

[x]  The issuance of a warrant to be placed as a
     detainer and tolling of the supervision term
[ ]  No action
[ ]  Other

                                          s/David Nuffer
                                          _____
                                          Honorable David Nuffer
                                          Chief U.S. District Judge

                                          Date:  2/18/15
                                          _____